## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM C. ROVERANO AND JACQUELINE ROVERANO, H/W, | : | No. 58 EAL 2018 |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| JOHN CRANE, INC. AND BRAND INSULATIONS, INC., | : | |
| Respondents | : | |
| WILLIAM ROVERANO, | : | No. 59 EAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| JOHN CRANE, INC., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **GRANTED**.  The issues, as stated by petitioner, are:

(1)    Whether, under this issue of first impression, the Superior Court misinterpreted the Fair Share Act 42 Pa.C.S. Sec. 7102 in holding that the Act requires the jury to apportion liability on a percentage basis as opposed to a per capita basis in this strict liability asbestos case?

(2)     Whether, under this issue of first impression, the Superior Court misinterpreted the Fair Share Act in holding that the Act requires the jury to consider evidence of any settlements by the plaintiffs with bankrupt entities in connection with the apportionment of liability amongst joint tortfeasors?